## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          Case No. 24-11429

     Phyllis P. Oliver,                          Chapter 13

          Debtors.

### Order Granting Debtor's Motion to Extend Time
### to File Schedules, Statements, and Other Documents

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before June 10, 2024. **No further extensions will be granted.**

3. This case may be dismissed without further notice if the Schedules are not filed by the deadline stated in paragraph 2.

4. Any request for an extension of time must be filed prior to the expiration of the deadline stated in paragraph 2.

Date: **May 30, 2024**

_____
Ashely M. Chan
U.S. Bankruptcy Judge