NATIONAL VISION INC
2435 COMMERCE AVENUE
BLDG 2200
DULUTH, GA 30096-4980
770-822-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/14/2024 |
| Period End Date | 01/27/2024 |
| Pay Date | 02/02/2024 |
| Document | 21505545 |

**Net Pay    $627.85**

## Message

Access your records and pay statements at https://e14.ultipro.com. Contact wfpadmin@nationalvision.com if you need assistance.

## Pay Details

**PHYLLIS OLIVER**
6222 NORTH 10TH
STREET
PHILADELPHIA, PA 19141
USA

| | | | |
|---|---|---|---|
| Employee Number | 136410813 | Pay Group | ABCH AMBEST HRLY |
| Job | Receptionist (AB) | Location | 4047 PA PHILIDELPHIA |
| | | Division | 01 - AmBest |
| Pay Rate | $16.0000 | Store/CostCn | 004047 - ABC PA PHILADELPHIA 4047 |
| Pay Frequency | Biweekly | Dist/Dept | 221 - DISTRICT 221 |
| | | Region | 205 - Region 205 North East |

| | |
|---|---|
| Employee Type | Part Time |
| FLSA Type | Non-Exempt |

## Earnings

| Pay Type | Week | Project | Store/CostCn | Hours | Pay Rate | Shift Rate | Shift Amt | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Paid Time Off-Hourly | | | | 0.0000 | $0.0000 | | | $0.00 | $120.00 |
| REGULAR PAY-Hourly | 1 | | 004047 | 19.9167 | $16.0000 | | | $318.66 | |
| REGULAR PAY-Hourly | 2 | | 004047 | 23.0833 | $16.0000 | | | $369.34 | $2,008.53 |
| Sick/Safe Time-Hourly | 1 | | 004047 | 8.0000 | $16.0000 | | | $128.00 | $128.00 |

Total Hours Worked  43.0000        Total Hours  51.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $48.96 | $135.39 | $12.24 | $33.85 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $20.55 | $43.65 |
| Employee Medicare | $11.83 | $32.72 |
| Social Security Employee Tax | $50.59 | $139.90 |
| PA State Income Tax | $25.05 | $69.28 |
| PHILA R | $30.60 | $84.62 |
| PA Unemployment Employee | $0.57 | $1.58 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx7994 | Checking | $627.85 |

| | Account Number | | Account Type | Amount |
|---|---|---|---|---|

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $816.00 | $767.04 | $139.19 | $48.96 | $627.85 |
| YTD | $2,256.53 | $2,121.14 | $371.75 | $135.39 | $1,749.39 |

*vsn 20230306*

NATIONAL VISION INC
2435 COMMERCE AVENUE
BLDG 2200
DULUTH, GA 30096-4980
770-822-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/28/2024 |
| Period End Date | 02/10/2024 |
| Pay Date | 02/16/2024 |
| Document | 21513240 |

**Net Pay**    **$451.13**

**Message**

Access your records and pay statements at https://e14.ultipro.com. Contact wfpadmin@nationalvision.com if you need assistance.

**Pay Details**

**PHYLLIS OLIVER**
6222 NORTH 10TH
STREET
PHILADELPHIA, PA 19141
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee Number | 136410813 | Pay Group | ABCH AMBEST HRLY | Employee Type | Part Time |
| Job | Receptionist (AB) | Location | 4047 PA PHILIDELPHIA | FLSA Type | Non-Exempt |
| | | Division | 01 - AmBest | | |
| Pay Rate | $16.0000 | Store/CostCn | 004047 - ABC PA PHILADELPHIA 4047 | | |
| Pay Frequency | Biweekly | Dist/Dept | 221 - DISTRICT 221 | | |
| | | Region | 205 - Region 205 North East | | |

**Earnings**

| Pay Type | Week | Project | Store/CostCn | Hours | Pay Rate | Shift Rate | Shift Amt | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Paid Time Off-Hourly | | | | 0.0000 | $0.0000 | | | $0.00 | $120.00 |
| REGULAR PAY-Hourly | 1 | | 004047 | 6.6833 | $16.0000 | | | $106.93 | |
| REGULAR PAY-Hourly | 2 | | 004047 | 28.8000 | $16.0000 | | | $460.81 | $2,576.27 |
| Sick/Safe Time-Hourly | | | | 0.0000 | $0.0000 | | | $0.00 | $128.00 |

Total Hours Worked  35.4833      Total Hours  35.4833

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $34.06 | $169.45 | $8.52 | $42.37 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $43.65 |
| Employee Medicare | $8.23 | $40.95 |
| Social Security Employee Tax | $35.20 | $175.10 |
| PA State Income Tax | $17.43 | $86.71 |
| PHILA R | $21.29 | $105.91 |
| PA Unemployment Employee | $0.40 | $1.98 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx7994 | Checking | $451.13 |

7/22/2023

| | Account Number | Account Type | Amount |
|---|---|---|---|

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $567.74 | $533.68 | $82.55 | $34.06 | $451.13 |
| YTD | $2,824.27 | $2,654.82 | $454.30 | $169.45 | $2,200.52 |

*vsn 20230306*

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/11/2024 |
| Period End Date | 02/24/2024 |
| Pay Date | 03/01/2024 |
| Document | 21520695 |

NATIONAL VISION INC
2435 COMMERCE AVENUE
BLDG 2200
DULUTH, GA 30096-4980
770-822-3600

**Net Pay     $529.94**

## Message

Access your records and pay statements at https://e14.ultipro.com. Contact wfpadmin@nationalvision.com if you need assistance.

## Pay Details

**PHYLLIS OLIVER**
6222 NORTH 10TH
STREET
PHILADELPHIA, PA 19141
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee Number | 136410813 | Pay Group | ABCH AMBEST HRLY | Employee Type | Part Time |
| Job | Receptionist (AB) | Location | 4047 PA PHILIDELPHIA | FLSA Type | Non-Exempt |
| Pay Rate | $16.0000 | Division | 01 - AmBest | | |
| Pay Frequency | Biweekly | Store/CostCn | 004047 - ABC PA PHILADELPHIA 4047 | | |
| | | Dist/Dept | 221 - DISTRICT 221 | | |
| | | Region | 205 - Region 205 North East | | |

## Earnings

| Pay Type | Week | Project | Store/CostCn | Hours | Pay Rate | Shift Rate | Shift Amt | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Paid Time Off-Hourly | | | | 0.0000 | $0.0000 | | | $0.00 | $120.00 |
| REGULAR PAY-Hourly | 1 | | 004047 | 16.0000 | $16.0000 | | | $256.00 | |
| REGULAR PAY-Hourly | 2 | | 004047 | 26.2667 | $16.0000 | | | $420.27 | $3,252.54 |
| Sick/Safe Time-Hourly | | | | 0.0000 | $0.0000 | | | $0.00 | $128.00 |

Total Hours Worked  42.2667          Total Hours  42.2667

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $40.58 | $210.03 | $10.14 | $52.51 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $7.42 | $51.07 |
| Employee Medicare | $9.81 | $50.76 |
| Social Security Employee Tax | $41.93 | $217.03 |
| PA State Income Tax | $20.76 | $107.47 |
| PHILA R | $25.36 | $131.27 |
| PA Unemployment Employee | $0.47 | $2.45 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx7994 | Checking | $529.94 |

| Account Number | | Account Type | | Amount |
|---|---|---|---|---|

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $676.27 | $635.69 | $105.75 | $40.58 | $529.94 |
| YTD | $3,500.54 | $3,290.51 | $560.05 | $210.03 | $2,730.46 |

*vsn 20230306*

NATIONAL VISION INC
2435 COMMERCE AVENUE
BLDG 2200
DULUTH, GA 30096-4980
770-822-3600

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/25/2024 |
| Period End Date | 03/09/2024 |
| Pay Date | 03/15/2024 |
| Document | 21528125 |

**Net Pay      $502.10**

## Message

Access your records and pay statements at https://e14.ultipro.com. Contact wfpadmin@nationalvision.com if you need assistance.

## Pay Details

| **PHYLLIS OLIVER** | | | | | |
|---|---|---|---|---|---|
| 6222 NORTH 10TH STREET PHILADELPHIA, PA 19141 USA | Employee Number | 136410813 | Pay Group | ABCH AMBEST HRLY | Employee Type   Part Time |
| | Job | Receptionist (AB) | Location | 4047 PA PHILIDELPHIA | FLSA Type   Non-Exempt |
| | Pay Rate | $16.0000 | Division | 01 - AmBest | |
| | Pay Frequency | Biweekly | Store/CostCn | 004047 - ABC PA PHILADELPHIA 4047 | |
| | | | Dist/Dept | 221 - DISTRICT 221 | |
| | | | Region | 205 - Region 205 North East | |

## Earnings

| Pay Type | Week | Project | Store/CostCn | Hours | Pay Rate | Shift Rate | Shift Amt | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Paid Time Off-Hourly | | | | 0.0000 | $0.0000 | | | $0.00 | $120.00 |
| REGULAR PAY-Hourly | 1 | | 004047 | 12.2000 | $16.0000 | | | $195.20 | |
| REGULAR PAY-Hourly | 2 | | 004047 | 27.5833 | $16.0000 | | | $441.33 | $3,889.07 |
| Sick/Safe Time-Hourly | | | | 0.0000 | $0.0000 | | | $0.00 | $128.00 |

Total Hours Worked   39.7833          Total Hours   39.7833

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $38.19 | $248.22 | $9.55 | $62.06 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $3.68 | $54.75 |
| Employee Medicare | $9.23 | $59.99 |
| Social Security Employee Tax | $39.47 | $256.50 |
| PA State Income Tax | $19.54 | $127.01 |
| PHILA R | $23.87 | $155.14 |
| PA Unemployment Employee | $0.45 | $2.90 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Sick Time | 1.3262 | 6.0361 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx7994 | Checking | $502.10 |

| | Account Number | | Account Type | Amount |
|---|---|---|---|---|

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $636.53 | $598.34 | $96.24 | $38.19 | $502.10 |
| YTD | $4,137.07 | $3,888.85 | $656.29 | $248.22 | $3,232.56 |

*vsn 20230306*

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/10/2024 |
| Period End Date | 03/23/2024 |
| Pay Date | 03/29/2024 |
| Document | 21536912 |

NATIONAL VISION INC
2435 COMMERCE AVENUE
BLDG 2200
DULUTH, GA 30096-4980
770-822-3600

**Net Pay** **$615.89**

## Message

Access your records and pay statements at https://e14.ultipro.com. Contact wfpadmin@nationalvision.com if you need assistance.

## Pay Details

**PHYLLIS OLIVER**
6222 NORTH 10TH
STREET
PHILADELPHIA, PA 19141
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee Number | 136410813 | Pay Group | ABCH AMBEST HRLY | Employee Type | Part Time |
| Job | Receptionist (AB) | Location | 4047 PA PHILIDELPHIA | FLSA Type | Non-Exempt |
| | | Division | 01 - AmBest | | |
| Pay Rate | $16.0000 | Store/CostCn | 004047 - ABC PA PHILADELPHIA 4047 | | |
| Pay Frequency | Biweekly | Dist/Dept | 221 - DISTRICT 221 | | |
| | | Region | 205 - Region 205 North East | | |

## Earnings

| Pay Type | Week | Project | Store/CostCn | Hours | Pay Rate | Shift Rate | Shift Amt | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Paid Time Off-Hourly | | | | 0.0000 | $0.0000 | | | $0.00 | $120.00 |
| REGULAR PAY-Hourly | 1 | | 004047 | 20.1833 | $16.0000 | | | $322.93 | |
| REGULAR PAY-Hourly | 2 | | 004047 | 29.7500 | $16.0000 | | | $476.00 | $4,688.00 |
| Sick/Safe Time-Hourly | | | | 0.0000 | $0.0000 | | | $0.00 | $128.00 |

Total Hours Worked 49.9333          Total Hours 49.9333

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $47.94 | $296.16 | $11.98 | $74.04 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $18.94 | $73.69 |
| Employee Medicare | $11.58 | $71.57 |
| Social Security Employee Tax | $49.53 | $306.03 |
| PA State Income Tax | $24.53 | $151.54 |
| PHILA R | $29.96 | $185.10 |
| PA Unemployment Employee | $0.56 | $3.46 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Sick Time | 1.6645 | 7.7006 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx7994 | Checking | $615.89 |

| Account Number | Account Type | Amount |
|---|---|---|

**Pay Summary**

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $798.93 | $750.99 | $135.10 | $47.94 | $615.89 |
| YTD | $4,936.00 | $4,639.84 | $791.39 | $296.16 | $3,848.45 |

*vsn 20230306*

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/24/2024 |
| Period End Date | 04/06/2024 |
| Pay Date | 04/12/2024 |
| Document | 21544585 |

NATIONAL VISION INC
2435 COMMERCE AVENUE
BLDG 2200
DULUTH, GA 30096-4980
770-822-3600

**Net Pay**  **$535.91**

## Message

Access your records and pay statements at https://e14.ultipro.com. Contact wfpadmin@nationalvision.com if you need assistance.

## Pay Details

**PHYLLIS OLIVER**
6222 NORTH 10TH
STREET
PHILADELPHIA, PA 19141
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee Number | 136410813 | Pay Group | ABCH AMBEST HRLY | Employee Type | Part Time |
| Job | Receptionist (AB) | Location | 4047 PA PHILIDELPHIA | FLSA Type | Non-Exempt |
| | | Division | 01 - AmBest | | |
| Pay Rate | $16.0000 | Store/CostCn | 004047 - ABC PA PHILADELPHIA 4047 | | |
| Pay Frequency | Biweekly | Dist/Dept | 221 - DISTRICT 221 | | |
| | | Region | 205 - Region 205 North East | | |

## Earnings

| Pay Type | Week | Project | Store/CostCn | Hours | Pay Rate | Shift Rate | Shift Amt | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Paid Time Off-Hourly | 1 | | 004047 | 8.0000 | $16.0000 | | | $128.00 | $248.00 |
| REGULAR PAY-Hourly | 1 | | 004047 | 6.9000 | $16.0000 | | | $110.40 | |
| REGULAR PAY-Hourly | 2 | | 004047 | 27.9000 | $16.0000 | | | $446.39 | $5,244.79 |
| Sick/Safe Time-Hourly | | | | 0.0000 | $0.0000 | | | $0.00 | $128.00 |

Total Hours Worked  34.8000        Total Hours  42.8000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $41.09 | $337.25 | $10.27 | $84.31 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $8.22 | $81.91 |
| Employee Medicare | $9.93 | $81.50 |
| Social Security Employee Tax | $42.46 | $348.49 |
| PA State Income Tax | $21.02 | $172.56 |
| PHILA R | $25.68 | $210.78 |
| PA Unemployment Employee | $0.48 | $3.94 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Sick Time | 1.1600 | 8.8606 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx7994 | Checking | $535.91 |

| | Account Number | Account Type | Amount |
|---|---|---|---|

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $684.79 | $643.70 | $107.79 | $41.09 | $535.91 |
| YTD | $5,620.79 | $5,283.54 | $899.18 | $337.25 | $4,384.36 |

*vsn 20230306*

## Ms. PHYLLIS OLIVER - 136410813 - NATIONAL VISION INC

## Pay History

You can download multiple pay statements in a single file by selecting up to 30 pays on or after 05/12/2023

Date range is between 01/01/1753 and 12/31/9999          Displaying **1-10** of **25** records | **0** row(s) selected

| Pay Date | Document Number | Net Pay | Earnings | Employee Deductions | Employee Taxes |
|---|---|---|---|---|---|
| 04/12/2024 | 21544585 | $535.91 | $684.79 | $41.09 | $107.79 |
| 03/29/2024 | 21536912 | $615.89 | $798.93 | $47.94 | $135.10 |
| 03/15/2024 | 21528125 | $502.10 | $636.53 | $38.19 | $96.24 |
| 03/01/2024 | 21520695 | $529.94 | $676.27 | $40.58 | $105.75 |
| 02/16/2024 | 21513240 | $451.13 | $567.74 | $34.06 | $82.55 |
| 02/02/2024 | 21505545 | $627.85 | $816.00 | $48.96 | $139.19 |
| 01/19/2024 | 21497663 | $602.44 | $779.74 | $46.78 | $130.52 |
| 01/05/2024 | 21489572 | $519.10 | $660.79 | $39.65 | $102.04 |
| 12/22/2023 | 21482112 | $645.12 | $844.79 | $50.69 | $148.98 |
| 12/08/2023 | 21474308 | $526.89 | $676.01 | $40.56 | $108.56 |

Records per page  10        Displaying 1-10 of 25 records        1 / 3