**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>Phyllis P. Oliver,<br><br>Debtor. | CHAPTER 13<br><br>CASE NO.: 24-11429-amc |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

      **AND NOW**, this _____ day of _____, **2024**, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

                        **BY THE COURT:**

                        _____
                        **Ashely M. Chan**
                        **United States Bankruptcy Judge**

Case Administrator to mail:

Cc:    Kenneth E. West, Chapter 13 Trustee
        Debtor: 6222 N 10th Street, Philadelphia, Pennsylvania 19141
        Counsel for Debtor: Michael A. Cibik, Esquire
        Counsel for Movant: Angela C. Pattison, Esquire