UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>Phyllis P. Oliver,<br><br>Debtor. | CHAPTER 13<br><br>CASE NO.: 24-11429-amc |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**AND NOW**, this  17th  day of   Sept.   , **2024**, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

_____
**Ashely M. Chan**
**United States Bankruptcy Judge**

Case Administrator to mail:

Cc:    Kenneth E. West, Chapter 13 Trustee
Debtor: 6222 N 10th Street, Philadelphia, Pennsylvania 19141
Counsel for Debtor: Michael A. Cibik, Esquire
Counsel for Movant: Angela C. Pattison, Esquire