UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| PHYLLIS P. OLIVER | Bankruptcy No. 24-11429-AMC |
| Debtor | |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1. Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2. The within case was commenced by the filing of a Chapter 13 petition on 04/29/2024.

3. This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to appear at the meeting of creditors required by 11 U.S.C. Section 341(a).

WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 10/16/2024

Respectfully submitted,

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trusteee
P.O. Box 40837
Philadelphia, PA  19107
Telephone: (215) 627-1377